Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Andrew R. Brown** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 19-4047 |
| | ) |
| **Rock Island County Jail, MEND Correction Care.** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice under 28 U.S.C. 1915A(b)(1) for failure to state a federal claim on which relief may be granted.

**Dated: 1/21/2020**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court